# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

SHARON W.,

_____

*Plaintiff*

v.

COMMISSIONER OF SOCIAL SECURITY,

_____

*Defendant*

)
)
)
)
)
)
)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Oct 29, 2018

SEAN F. McAVOY, CLERK

Civil Action No.   1:18-CV-3020-RHW

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❐ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑ other:   Plaintiff's Motion for Summary Judgment (ECF No. 12) is DENIED.  Defendant's Motion for Summary Judgment (ECF
No. 14) is GRANTED.  Judgment is entered in favor of Defendant.

This action was *(check one)*:

❐ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❐ tried by Judge _____ without a jury and the above decision
was reached.

☑ decided by Judge     Robert H. Whaley _____ on Motions for Summary Judgment
(ECF Nos. 12 and 14).

Date:  October 29, 2018 _____

CLERK OF COURT

SEAN F. McAVOY _____

s/ Penny Lamb _____
*(By) Deputy Clerk*

Penny Lamb _____